**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA — CRIMINAL ACTION NO. 26-00051-01

VERSUS — JUDGE S. MAURICE HICKS, JR.

CADEN ASHLEY ALLGOOD (01) — MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 48) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Rec. Doc. 20) is **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 5th day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE